PER CURIAM.

(No. 73-CC-240—Claimant 

SCIENTIFIC PRODUCTS, Division of American Hospital Supply Corp., Claimant, *vs.* STATE OF ILLINOIS, DEPARTMENT OF REGISTRATION AND EDUCATION, Respondent.

*Opinion filed October 11, 1973.*

SCIENTIFIC PRODUCTS, Division of American Hospital Supply Corporation, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; SAUL. R. WEXLER and EDWARD L. S. ARKEMA, Assistant Attorneys General, for Respondent.

PER CURIAM.